**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| MARK JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 1:23-cv-225 SNLJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on a filing from self-represented Petitioner Mark Jones. ECF No. 1. Mark Jones is currently incarcerated in federal custody after being sentenced by this Court on January 11, 2023, to 94 months' imprisonment for one charge of attempted interference with commerce by robbery. *United States v. Jones*, No. 1:22-cr-92-SNLJ-1 (E.D. Mo. filed July 5, 2022). Petitioner initiated this action by filing an untitled letter, which is very difficult to read but appears to contain his criminal case number and request "some time cut" from his sentence. ECF No. 1. As such, Petitioner's letter has been construed as seeking relief under 28 U.S.C. § 2255. However, the letter is defective as a § 2255 motion because it has not been drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). The Clerk of Court will be directed to send Petitioner the Court form for § 2255 motions and Petitioner will have thirty (30) days to file an amended motion on such form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Petitioner a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody."

**IT IS FURTHER ORDERED** that Petitioner shall file an amended motion on the Court-provided form within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 27th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　／s／ Stephen N. Limbaugh, Jr.
　　　　　　　　　　　　　　　　　　　　STEPHEN N. LIMBAUGH, JR.
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE